IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY F. BERGERET,<br><br>            Defendant. | Case No.  3:14mj347 |

**NOTICE OF APPEARANCE**

Defendant, by counsel, hereby notifies this Honorable Court that he has retained the undersigned attorney to represent him in this matter.

                Respectfully submitted,

                GREGORY F. BERGERET
                Of Counsel

By: _____/s/_____
Robert W. Herron III, Esq.
Virginia State Bar No. 78583
Attorney for Gregory F. Bergeret
Robert Herron Law, P.C.
One Columbus Center, Suite 600
Virginia Beach, Virginia 23462
Telephone: (757) 333-7529
Facsimile: (888) 511-0652
E-mail: rherron@robertherronlaw.com

**Prepared by Robert Herron Law, P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Emily K. Moy
    Assistant United States Attorney
    United States Attorney's Office
    600 East Main Street
    Suite 1800
    Richmond, VA 23219-2447
    Telephone: (804) 819-5400
    Facsimile: (804) 771-2316
    Email: emily.k.moy.mil@mail.mil

    Heather Lauren Hart
    Assistant United States Attorney
    United States Attorney's Office
    600 East Main Street
    Suite 1800
    Richmond, VA 23219-2447
    Telephone: (804) 819-5400
    Facsimile: (804) 771-2316
    Email: heather.l.hart@usdoj.gov

_____/s/_____
Robert W. Herron III, Esq.
Virginia State Bar No. 78583
Attorney for Gregory F. Bergeret
Robert Herron Law, P.C.
One Columbus Center, Suite 600
Virginia Beach, Virginia 23462
Telephone: (757) 333-7529
Facsimile: (888) 511-0652
E-mail: rherron@robertherronlaw.com